AARON D. FORD
  Attorney General
CECELIA J. BLUE, Bar No. 17031C
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1114
E-mail: cblue@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DE'ZUAN BELL,

        Plaintiff,

vs.

SWIDES, *et al.*,

        Defendant.

Case No. 3:24-cv-00410-MMD-CSD

**ORDER GRANTING**
**STIPULATION AND ORDER TO**
**DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED between Defendant, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and De'Zuan Bell, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

The Parties resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date(s) and order the matter closed and off call.

DATED this 2nd day of September 2025.

DATED this 2nd day of September 2025.
AARON D. FORD
Attorney General

By:

*(signature)*
DE'ZUAN BELL
*Plaintiff,* pro se

*/s/ Cecelia J. Blue*
CECELIA J. BLUE, (Bar No. 17031C)
*Attorneys for Interested Party*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

DATED September 19, 2025

*(signature)*
UNITED STATES DISTRICT JUDGE